STATE OF CONNECTICUT *v.* WILLIAM MCNELLIS

The motion by the defendant for his release on a reasonable bond to be set by this court pending appeal from the Superior Court in Litchfield County is denied.

*Alfonse C. Fasano,* in support of the motion.

Submitted April 18—decided May 11, 1972

UNITED STATES PIPE AND FOUNDRY COMPANY *v.* EDMUND PFOTZER ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edmond Pfotzer,* pro se, and *E. John Pfotzer,* pro se, in support of the petition.

*John Keogh, Jr.,* in opposition.

Submitted May 2—decided May 11, 1972

J. W. GREEN COMPANY, INC. *v.* THE ZONING BOARD OF APPEALS OF THE TOWN OF PLAINVILLE ET AL.

The petition by the plaintiff for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Harold J. Eisenberg,* in support of the petition.

*Lawrence J. Fagan* and *Maxwell Heiman,* in opposition.